ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
California Bar No. 149883
Assistant United States Attorney
Chief, Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6166
    Facsimile: (213) 894-7177
    E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CV 11-7772 JAK (AJWx) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | <u>DEFAULT JUDGMENT OF FORFEITURE</u> |
| v. | ) | |
| | ) | DATE: June 18, 2012 |
| $56,230.00 IN U.S. CURRENCY AND ONE 2007 KAWASAKI NINJA ZX-6R, | ) | TIME: 8:30 a.m. Before the Honorable John A. Kronstadt, United States District Judge |
| Defendants. | ) | |

    This action arose from the Verified Complaint for Forfeiture ("Complaint") filed herein on September 20, 2011. Notice of this action has been given in the manner required by law. Neither Bruce Bennett nor any other potential claimant has appeared by filing a Statement identifying his rights or interests with this Court. Further, neither Bruce Bennett nor any other potential claimant has filed an Answer to the Complaint or otherwise defended his interest, if any, in the defendant $56,230.00 in U.S. currency and

one 2007 Kawasaki Ninja ZX-6R ("defendants").  Therefore, the Court deems that potential claimant Bruce Bennett and all other potential claimants admit the allegations of the Complaint to be true.

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all right, title, and interest of potential claimant Bruce Bennett, and all other potential claimants in and to the defendants is condemned and forfeited to the United States of America.

DATED: June 26, 2012

_____
THE HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


  /S/ Steven R. Welk
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
United States of America